# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Jack Schiveley<br><br>*Defendant(s)* | ) ) ) ) ) ) )  Case No. 3:24-mj-00195 |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  1/1/2016-12/31/2017 and 9/2/2024  in the county of  Multnomah  in the District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 2251(a) | Sexual Exploitation of Children |
| 18 U.S.C § 2252A(a)(2) | Distribution of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit by HSI Special Agent Don Buffington

☑ Continued on the attached sheet.

By telephone
*Complainant's signature*

Don Buffington, HSI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  9:35  a.m./p.m.

Date: 09/06/2024

*Judge's signature*

City and state: Portland, Oregon

Stacie Beckerman, United States Magistrate Judge
*Printed name and title*